**Motion Granted, Appeal Dismissed, and Memorandum Opinion filed August 13, 2019.**



In The

# Fourteenth Court of Appeals

## NO. 14-19-00511-CV

## IN THE INTEREST OF H.M.T., A CHILD

**On Appeal from the 311th District Court
Harris County, Texas
Trial Court Cause No. 2017-34839-A**

## MEMORANDUM OPINION

This is an appeal from a final order of termination signed June 5, 2019. On July 30, 2019, appellant, A.T., filed a motion to dismiss the appeal because the trial court had granted his motion for new trial. The order granting a new trial is attached to his motion.

"Granting a new trial has the legal effect of vacating the original judgment and returning the case to the trial docket as though there had been no previous trial or hearing." *In re E.C.*, 431 S.W.3d 812, 815–16 (Tex. App.—Houston [14th Dist.] 2014, orig. proceeding [mand. denied]). Therefore, there is no appealable final order,

and we lack jurisdiction to consider this appeal. *See* Tex. R. App. P. 25.1(b).

The motion is granted, and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Christopher, Spain, and Poissant.